# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINH DUNG, | NO. CV 11-5732 ODW (FMO) |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| LINDA SANDERS, Warden, | |
|     Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed for lack of jurisdiction.

DATED: August 10, 2011.

                                        OTIS D. WRIGHT II
                               UNITED STATES DISTRICT JUDGE